**Affirmed as modified; Opinion Filed January 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01429-CR
No. 05-17-01430-CR
No. 05-17-01431-CR

**CHRISTOPHER LAJUAN DAVIS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-72077-M, F10-72780-M, F12-70385-M**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Osborne
Opinion by Justice Myers

Appellant Christopher Lajuan Davis appeals his convictions, following the adjudication of his guilt, for (1) possession with intent to deliver phencyclidine in an amount of four grams or more but less than 200 grams, (2) aggravated assault with a deadly weapon, and (3) assault causing bodily injury involving family violence enhanced by a previous conviction for assault involving family violence. The trial court assessed punishment at twenty years' imprisonment in the drug case, eighteen years' imprisonment in the aggravated assault case, and ten years' imprisonment in the assault involving family violence case. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

Although not an arguable issue, we note the judgments adjudicating guilt incorrectly recite there were plea bargain terms in these cases and that the attorney representing the State was "Patrick Capetillo." The record, however, shows appellant entered open pleas of true to the allegations in the motions to adjudicate, and Jennifer Balido represented the State during the proceedings. Accordingly, on our own motion, we modify the section of each judgment entitled "terms of plea bargain" to show "open," and the section entitled "attorney for state" to show "Jennifer Balido." TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993) (courts of appeals have authority to modify a judgment); *Estrada v. State*, 334 S.W.3d 57, 63–64 (Tex. App.—Dallas 2009, no pet.) (same).

As modified, we affirm the trial court's judgments adjudicating guilt.


/Lana Myers/
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
171429F.U05

–2–



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER LAJUAN DAVIS,
Appellant

No. 05-17-01429-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F09-72077-M.
Opinion delivered by Justice Myers.
Justices Molberg and Osborne participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Jennifer Balido."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered this 25th day of January, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER LAJUAN DAVIS,
Appellant

No. 05-17-01430-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F10-72780-M.
Opinion delivered by Justice Myers.
Justices Molberg and Osborne participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Jennifer Balido."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered this 25th day of January, 2019.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER LAJUAN DAVIS,
Appellant

No. 05-17-01431-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F12-70385-M.
Opinion delivered by Justice Myers.
Justices Molberg and Osborne participating.

Based on the Court's opinion of this date, the judgment adjudicating guilt of the trial court is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Jennifer Balido."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

Judgment entered this 25th day of January, 2019.